UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2-09-cr-5000 |
| | ) | |
| AGREE MARTIN, JR. | ) | |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on April 21, 2009, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant for Offender Under Supervision of U.S. Probation Officer Jennifer Bible and the Warrant for Arrest issued by U.S. District Judge J. Ronnie Greer. Those present for the hearing included:

(1) AUSA Scott Winne for the USA.
(2) The defendant, AGEE MARTIN, JR.
(3) Attorney Mike Little for defendant.
(4) Courtroom Deputy Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

Attorney Mike Little was present as appointed counsel for defendant. It was determined that defendant had been provided with a copy of the Petition for Warrant for Offender Under Supervision and had the opportunity of reviewing those documents with Atty. Little. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Winne was prepared to call U.S. Probation Officer Janet Landers as a witness.

AUSA Winne moved the defendant be detained without bail pending his revocation hearing before U.S. District Judge J. Ronnie Greer in Greeneville, Tennessee. Defendant waived his right to a preliminary hearing and waived his right to consideration for bond.

### Findings

(1) Based upon U.S. Probation Officer Jennifer Bible's petition and defendant's waiver of a preliminary hearing and waiver of consideration for bond, the

1

undersigned finds there is probable cause to believe the defendant has committed violations of his conditions of supervised release as alleged in the petition.

Conclusions

It is ORDERED:

(1) The defendant shall be appear in a revocation hearing before U.S. District Judge J. Ronnie Greer.

(2) The motion of AUSA Winne that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Greer is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before U.S. District Judge J. Ronnie Greer in Greeneville, Tennessee, on **Monday, May 18, 2009, at 9:00 am**

ENTER.

Dated: April 22, 2009            *s/William B. Mitchell Carter*
                                 UNITED STATES MAGISTRATE JUDGE

2